```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                      FILED
                                               January 18, 2006


                          No. 05-595
                          CR-00-68


In Re: RONNIE LOGAN

            Movant


                           ---------
                          O R D E R
                           ---------

      Movant has filed a motion pursuant to 28 U.S.C. Section 2244

for authorization to file a successive application for relief.

      The Court denies the motion.

      Entered at the direction of Senior Judge Hamilton with the

concurrence of Judge Luttig and Judge Duncan.


                                        For the Court,

                                        /s/ Patricia S. Connor
                                        _____
                                              CLERK
```