# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL CASE NO. 3:00cr68

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RONNIE LOGAN. ) | |

**THIS MATTER** is before the Court on the Defendant's letter, dated April 19, 2009, which is addressed to the Hon. Richard L. Voorhees, United States District Court Judge.

On September 3, 2008, this case was reassigned to the undersigned. As a result of that reassignment, the undersigned ruled on the Defendant's motion to reduce his sentence pursuant to the crack cocaine guideline amendment. In the letter, the Defendant asks Judge Voorhees to reconsider the order denying the motion. Since the case has been reassigned to the undersigned, the letter has been forwarded for consideration.

The Court construes the letter as a motion to reconsider. The

Defendant has stated no grounds for reconsideration and the motion will therefore be denied.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall docket the letter as a motion to reconsider.

**IT IS FURTHER ORDERED** that the Defendant's letter, construed as a motion to reconsider, is hereby **DENIED**.

Signed: May 18, 2009

Martin Reidinger
United States District Judge