**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:00cr68**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | <u>**O R D E R**</u> |
| | ) | |
| | ) | |
| **RONNIE LOGAN.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant Ronnie Logan's letter, which the Court shall construe as a motion, asking for correction of a clerical error in the Court's Order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). [Doc. 63].

On November 26, 2008, Logan moved through court-appointed counsel for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 706 to the Sentencing Guidelines. [Doc. 47]. The Court denied this motion on January 13, 2009. [Doc. 54]. The Court based its decision on the fact that the original sentence in this case was limited to a statutory maximum of 240 months by <u>Apprendi v. New Jersey</u>, which then became the applicable guideline range per U.S.S.G. § 5G1.1(a). The revised guideline range being similarly limited, the Court concluded that the

guideline range remained unchanged. The Fourth Circuit affirmed the Court's decision on November 20, 2009. [Doc. 62].

Logan contends that in calculating his amended Guideline range, the Court failed to consider the offense level he received after receiving a reduction pursuant to U.S.S.G. §5K1.1. This argument is without merit. Amendment 706 is not applied to a purported offense level which results from a motion pursuant to U.S.S.G. §5K1.1 and 18 U.S.C. §3553(e). See United States v. Lindsey, 556 F.3d 238, 245 (4th Cir.), cert. denied, 130 S.Ct. 182, 175 L.Ed.2d 114 (2009); United States v. Hood, 556 F.3d 226, 234 (4th Cir.), cert. denied, 130 S.Ct. 321, 175 L.Ed.2d 212 (2009). The Defendant's Guideline range was correctly calculated.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 63] is construed as a motion to reconsider and is hereby **DENIED**.

**IT IS SO ORDERED**.

Signed: April 13, 2010

Martin Reidinger
United States District Judge